JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE DUMBLE,<br><br>          Plaintiff,<br><br>     v.<br><br>MJJD ASSOCIATES, LLC,<br><br>          Defendant. | Case No. CV 16-2883 FMO (SSx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Magistrate Judge's Order of December 8, 2016, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed without costs and without prejudice to the right, upon good cause shown within 30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 15th day of December, 2016.

                                                  /s/
                                         Fernando M. Olguin
                                         United States District Judge